AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched <br> or identify the person by name and address)* <br><br> Contents of the Apple Account more particularly <br> described in Attachment A to the Affidavit of TFO James <br> Jackson dated April 17, 2023 | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.   2:23-cr-383 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Attachment A to the affidavit of  TFO James Jackson dated April 17, 2023

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of  TFO James Jackson dated April 17, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1343 | Wire Fraud |

The application is based on these facts:

See attached affidavit of  the affidavit of  TFO James Jackson dated April 17, 2023

☐  Continued on the attached sheet.

☐  Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*James Jackson*
*Applicant's signature*

TFO James Jackson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means).*

Date:    04/17/2023

*Mary Gordon Baker*
*Judge's signature*

City and state:   Charleston, South Carolina

The Honorable Mary Gordon Baker
*Printed name and title*